**FILED**
August 19, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: BT
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>**v**<br><br>**BRIAN JOSEPH BOYAR**<br>**Defendant** | **Case No: SA:26-CR-00415-OLG**<br><br>**INDICTMENT**<br><br>**COUNT 1: 18 U.S.C. § 875(c) – Interstate Communication of Threats [Hate Crime Motivation]**<br><br>**COUNT 2: 18 U.S.C. § 875(c) – Interstate Communication of Threats** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Interstate Communication of Threats**
**[18 U.S.C. § 875(c)]**

On or about July 31, 2026, in the Western District of Texas, the Defendant,

**BRIAN JOSEPH BOYAR,**

did knowingly and willfully transmit in interstate and foreign commerce a communication, specifically, a publicly accessible statement on social media platform X directed at the CEO of [Company 1], an African American, and the communication contained a threat to injure the person of another. Specifically, the communication included:

> I'm gonna kill you and violently rape your daughter because you're black you fucking negro [Company 1] I'm gonna commit a racial prejudice hate crime against you and ur family
>
> Call the cops on me fucking incompetent nigger I should whoop ur fucking black ass side of ur hat

for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat, and recklessly disregarding a substantial risk that his communication would be understood as a threat.

Special Finding

The Grand Jury further alleges that Defendant Boyar intentionally selected an African American as the subject of his threat because of the actual and perceived race, color, national origin, or ethnicity of the individual.

All in violation of 18 U.S.C. § 875(c).

**COUNT TWO**
**Interstate Communication of Threats**
**[18 U.S.C. § 875(c)]**

On or about July 31, 2026, in the Western District of Texas, the Defendant,

**BRIAN JOSEPH BOYAR,**

did knowingly and willfully transmit in interstate and foreign commerce a communication, specifically, a publicly accessible statement on social media platform X directed at the CEO of [Company 1], an African American, and the communication contained a threat to injure the person of another. Specifically, the communication included:

> Let that be a lesson don't come back to my momma house unless you have a fucking plan of action because you just bought me a new car and I'm gonna find you and hunt down your mother your sister your daughter and I'm gonna find out everything that they like and who they talk to ig

for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat, and recklessly disregarding a substantial risk that his communication would be understood as a threat.

All in violation of 18 U.S.C. § 875(c).

A TRUE BILL

[redacted]

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: Joseph Blackwell
FOR: COLLEEN HANAGAN
Assistant United States Attorney